US MAGISTRATE JUDGE CHERYL L. POLLAK     DATE: **9/28/11**

TIME SPENT: _____

DOCKET NO. __11 CV 3814__

CASE: __Buckmiller v Yonkers Raceway__

- ✓ INITIAL CONFERENCE
- ___ DISCOVERY CONFERENCE
- ___ SETTLEMENT CONFERENCE
- ___ MOTION HEARING
- ___ OTHER/STATUS CONFERENCE
- ___ FINAL/PRETRIAL CONFERENCE
- ___ TELEPHONE CONFERENCE
- ___ ORAL ARGUMENT

**MANDATORY DISCLOSURE:**

___ COMPLETED     __10/31__ DATE TO BE COMPLETED BY

FOR PLAINTIFF: _____

FOR DEFENDANT: _____

___ DISCOVERY TO BE COMPLETED BY _____

___ NEXT CONFERENCE SCHEDULED FOR _____

___ DUNTON ISSUE ADDRESSED

PL. TO SERVE DEF. BY: _____     DEF. TO SERVE PL. BY: _____

RULINGS: Mandatory disclosures due 10/31
Parties to exchange discovery requests by 11/18; responses 12/19

Conference 12/21 at 1000